```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

TECHNOLOGY DEVELOPMENT CO., : CIVIL ACTION NO. 05-4282 (MLC)
LTD., :
: **ORDER & JUDGMENT**
    Plaintiff, :
:
    v. :
:
MICHAEL ONISCHENKO, :
:
    Defendant. :
:

**THE DEFENDANT HAVING MOVED** pursuant to Federal Rule of Civil Procedure 12(b)(3) to dismiss the complaint; and the Court having considered the papers submitted in support of and in opposition to the motion; and the Court having heard argument from the parties on September 30, 2005; and for the reasons stated by the Court on the record; and for good cause appearing;

**IT IS THEREFORE** on this   30th   day of September, 2005, **ORDERED** that the motion to dismiss (dkt. entry no. 7) is **GRANTED**; and

**IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                                                   s/ Mary L. Cooper
                                                            **MARY L. COOPER**
                                                            United States District Judge